John Johnson, Administrator of Estate of Arthur Johnson, Deceased, Appellant, v. Edward Mueller, Appellee.

Gen. No. 9,643.

Heard in this court at October term, 1941; opinion filed April 8, 1942. Donovan, Bray & Gray, for appellant; Ray F. Faulkner and Matthew W. Stefanich, for appellee; Ray F. Faulkner, of counsel. Opinion by JUSTICE WOLFE. ''Not to be published in full.''